

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00330-CR

| | | |
|---|---|---|
| VINCE EDWARD HATFIELD, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR23-0388) |
| V. | § | February 20, 2025 |
| | § | Per Curiam Memorandum Opinion |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM